1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHERMAN D. MANNING,

11              Plaintiff,                      No. CIV S-08-0983 MCE EFB P

12        vs.

13   UNKNOWN,

14              Defendant.                      ORDER

15   _____/

16        Plaintiff, a state prisoner without counsel, has filed a civil rights action.  *See* 42 U.S.C.

17   § 1983.

18        Plaintiff alleges a violation of his civil rights in Fresno County, which is in the Fresno

19   Division of this court.  This action should have been commenced there.  *See* Local Rule 3-

20   120(d).

21        Accordingly, it is hereby orderd that:

22        1.  This action is transferred to the Fresno Division.

23        2.  The Clerk of Court shall assign a new case number.

24   /////

25   /////

26   /////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

2              United States District Court
               Eastern District of California
3              2500 Tulare Street
               Fresno, CA 93721
4

5    DATED:  October 22, 2008.

6

7              EDMUND F. BRENNAN
               UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26